# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/21

**VIA ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/20/21
White Plains, NY

The conference is adjourned to 1/11/22 at 10:00 a.m. in Courtroom 620.

Re:   *U.S. v. Tierre Helton*
      15 Cr. 172 (VB)

Dear Judge Briccetti:

     I represent Tierre Helton in the above-referenced matter. A conference is scheduled for January 4, 2022, at 11:00 a.m. The purpose of this letter is to respectfully request that the conference be adjourned. Counsel has a previously scheduled case on at 10:30 before Judge Torres in Manhattan. Counsel has spoken to the Government and they consent to this request. Additionally, both parties are available on January 11, 2022. This is counsel's first request for an adjournment of the conference. Accordingly, it is respectfully requested that the conference be adjourned to January 11, 2022, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

                         Respectfully submitted,

                         / s /

                         Margaret M. Shalley

cc:   AUSA Derek Wikstrom
      (*via ECF*)

1