USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

TIERRE HELTON,
           Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 172 (VB)

By letter dated March 7, 2022, which the Court has accepted <u>ex parte</u> and will file under seal, Margaret M. Shalley, Esq., moves to be relieved as defendant's attorney in this violation of supervised release matter. The application is GRANTED and Ms. Shalley is relieved with the thanks of the Court.

Stephen R. Lewis, Esq., is appointed pursuant to the Criminal Justice Act as defendant's new attorney.

The next conference in this case remains scheduled for April 7, 2022, at 9:00 a.m., in Courtroom 620.

Dated: March 7, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge